**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                 Case No.: 20-14643-AJC
                                                                            Chapter 13

Yosbel R Morales Reyes

_____Debtor(s)_____/

**OBJECTION TO CLAIM ON SHORTENED NOTICE**

*IMPORTANT NOTICE TO CREDITOR: THIS IS AN OBJECTION TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the [trustee][debtor] objects to the following claim filed in this case:

| *Claim No.* | *Name of Claimant* | *Amount of Claim* |
|---|---|---|
| *14* | *Regions Mortgage* | *$142,774.36* |

Basis for Objection and Recommended Disposition

On or about May 19, 2020, Creditor filed a secured proof of claim in the amount of $*142,774.36* and an arrearage in the amount of $2,371.30 for the Debtor's homestead property with an account number ending in xxxxxxxxx3029. The Debtor's plan reflects that this claim will be paid directly to the Creditor and outside the bankruptcy plan. Therefore, Debtor requests the claim be allowed as filed with no distribution from the Chapter 13 Trustee.

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

DATED: May 21, 2020                                   Respectfully Submitted:
                                                                        Robert Sanchez, P.A.
                                                                        355 West 49th Street
                                                                        Hialeah, FL 33012
                                                                        Fl. Bar No. 0442161
                                                                        Telephone: (305) 687-8008
                                                                        E-Mail: court@bankruptcyclinic.com

LF-70 (rev. 12/01/09)