**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:                                                                                           CASE NO: 20-14643-AJC
                                                                                                 CHAPTER 13
YOSBEL R MORALES REYES a/k/a Yosbel Morales Reyes
a/k/a Yosbel Ramon Morales Reyes a/k/a Yosbel Ramon
Morales a/k/a Yosbel Morales a/k/a Yosbel R. Morales,

    Debtor
_____/

**REGIONS BANK D/B/A REGIONS MORTGAGE'S PRELIMINARY RESPONSE TO DEBTOR'S OBJECTION TO PROOF OF CLAIM**

Regions Bank d/b/a Regions Mortgage ("Secured Creditor"), by and through its undersigned counsel, files this *Preliminary Response to Debtor's Objection to Claim*, and in support thereof states as follows:

1. The Debtor filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on April 23, 2020.

2. Secured Creditor holds a security interest in the Debtor's real property located at 14444 NW 87th Pl, Hialeah, FL 33018 (the "Property"), by virtue of a Mortgage which is recorded in Official Records Book 28035, at Page 4374, of the Public Records of Miami-Dade County, Florida (the "Mortgage"). The Mortgage secures a Note in the amount of $172,000.00 (the "Note").

3. The Mortgage gives Secured Creditor a first lien on the Property.

4. Secured Creditor filed Claim No. 14-1 in this case on May 19, 2020.

5. The Debtor filed an objection to the Claim (Doc 15).

6. The Debtor does not dispute the fact that the Proof of Claim is timely filed before the claim bar date. As such, Secured Creditor submits the filing of said claim "shall constitute prima facie evidence of the validity and amount of the claim." Fed. R. Bankr. P. 3001 (f).

7. Secured Creditor does not object to Debtor's request to allow the Claim with no distribution from the Chapter 13 Trustee.

WHEREFORE, Secured Creditor seeks an entry of an Order allowing its Claim in full, with no distribution from the Trustee.

          Attorney for Secured Creditor
          2001 Northwest 64th Street, Suite 130
          Fort Lauderdale, FL 33309
          Phone: 813-342-2200
          Fax: 954-618-6954
          Floridabklegal@Brockandscott.com

          /s/ Patrick Hruby
          _____
          PATRICK HRUBY, ESQUIRE
          Florida Bar No. 0088657

**I HEREBY CERTIFY** that a true copy hereof has been served electronically or via U.S. mail, first-class postage prepaid, to: YOSBEL R MORALES REYES, 14444 NW 87TH PLACE, MIAMI LAKES, FL 33018; Robert Sanchez, 355 W 49 St., Hialeah, FL 33012; Nancy K. Neidich, POB 279806, Miramar, FL 33027; Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130, this 17th day of June, 2020.

          BROCK & SCOTT, PLLC
          Attorney for Secured Creditor
          2001 Northwest 64th Street, Suite 130
          Fort Lauderdale, FL 33309
          Phone: 813-342-2200
          Fax: 954-618-6954
          Floridabklegal@Brockandscott.com

          /s/ Patrick Hruby
          _____
          PATRICK HRUBY, ESQUIRE
          Florida Bar No. 0088657